# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| PURPLE RABBIT MUSIC, et al., | ) |
| Plaintiff, | ) |
| | ) NO. 3:18-cv-00520 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| JCJ PRODUCTIONS, L.L.C., JACOB | ) MAGISTRATE JUDGE |
| TUCKER, and BRANDON TUCKER, | ) HOLMES |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 40), recommending that the Court grant Plaintiffs' Motion for Default and Other Relief (Doc. No. 33) seeking default judgment against Defendants JCJ Productions, LLC, Jacob Tucker, and Brandon Tucker. The Magistrate Judge recommended: (1) default judgment in favor of Plaintiffs be entered jointly and severally against Defendants; (2) Plaintiffs be awarded statutory and other damages to which they are entitled upon further showing; and (3) Plaintiffs be awarded reasonable attorneys' fees and costs in an amount to be determined from subsequent filings.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 19 at 7). No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiffs' motion for default judgment and attorneys' fees and costs is **GRANTED** (Doc. No. 33).

The Court will hold a hearing to determine the amount of damages on a date to be set by separate order after consultation with counsel for Plaintiffs. One week prior to the date of the hearing, Plaintiffs shall file a brief that explains their damages and gives an outline of the proof to be offered at the hearing. Documentation of attorneys' fees and costs may be filed after the conclusion of the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE